■ JANE H. THIELE v. ROBERT H. THIELE.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal

to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.